Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





THE STATE OF TEXAS,


 Appellant,


v.


FREDDY JOE ABBOTT,


 Appellee. 

§


 


§


 


§


 


§


 


§



§

No. 08-07-00081-CR



Appeal from


 County Court


of Andrews County, Texas


(TC # 06-0583)





MEMORANDUM OPINION



 Pending before the Court is a motion to dismiss filed by the State pursuant to Tex.R.App.P.
42.2(a). Finding that the State has established compliance with the requirements of Rule 42.2(a),
we grant the motion and dismiss the appeal.


May 31, 2007 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.


(Do Not Publish)